COMMONWEALTH of Pennsylvania,
Respondent

v.

Juan Pablo RIOJAS, Petitioner

No. 719 MAL 2016

Supreme Court of Pennsylvania.

January 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

Alfio J. RANOCCHIA and June
Ranocchia, His Wife,
Petitioners

v.

ERIE INSURANCE and Erie Insurance Exchange and Erie Insurance Group and Erie Insurance Company, Respondents

No. 675 MAL 2016

Supreme Court of Pennsylvania.

January 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

Patrick NOONE, Petitioner

v.

AKSHAR LACKAWANNA COUNTY STATION HOSPITALITY, L.P. and Nexus Hospitality Management, LLC., Respondents

No. 672 MAL 2016

Supreme Court of Pennsylvania.

January 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.